VICKIE LEE WENTZ, APPELLEE, V. LARRY EUGENE WENTZ, APPELLANT.

364 N.W.2d 43

Filed March 22, 1985.   No. 84-313.

James E. Case of Case, Reinsch & Slattery, P.C., for appellant.

Roger S. Brink of Harter and Brink, P.C., for appellee.

BOSLAUGH, WHITE, SHANAHAN, and GRANT, JJ., and HOWARD, D.J.

PER CURIAM

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.